# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
MAY 25 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

FREIDA JOHNSON

(Full name of the Plaintiff(s) in this action)

v.

STATE ATTORNEY GENERAL DANIEL CAMERON
DOC.

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. __4:23cv74JHM__
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(X) NO JURY TRIAL DEMAND
(Check only one)

### I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: __FREIDA JOHNSON__

Place of Confinement: __DAVIESS COUNTY DETENTION CTR__

Address: __3337 HWY 144 OWENSBORO KY 42303__

Status of Plaintiff: CONVICTED (X)   PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __DANIEL CAMERON__ is employed as __STATE ATTORNEY__ at __KENTUCKY__.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(2) Defendant __ANDY BESHEAR__ is employed as __GOVENOR__ at __KENTUCKY__.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county):
_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

UNLAWFUL IMPRISONMENT IN DAVIES COUNTY DETENTION CENTER. I PLEAD GUILTY to (2) OF THE (4) CHARGES (2) ASSAULT CASES WERE DISMISSED AND (2) POSSESSION CASES WERE RESOLVED WITH 1 yr CONCURRENT a TOTAL OF 2 STATE yrs. THE DEPARTMENT OF CORRECTION IS RESPONSIBLE IN DEALING WITH TIME A INMATE HAS done IN REGUARDS TO THE CASES INVOLVED IN SENTENCING AND DECISIONS SHOULD be EXPEDICIOUSLY ON MY PSI I'VE SERVED MORE THAN THE TWO yrs AND I'M STILL IN CUSTODY. I'M ASKING ATTORNY GENERAL INVESTIGATE THIS MATTER BECAUSE IT IS ABUSE OF POWER WHEN INMATE SERVES EXTRA TIME OF SENTENCING. THE DEPARTMENT OF

4

## III. STATEMENT OF CLAIM(S) continued

CORRECTIONS IS RESPONSIBLE FOR MY CLASSIFACTION AND RELEASE ONCE TIME IS SERVED, THAT IS GOVERNED BY ANDY BESHEAR. SO MY 14 AMENDMENT IS IN VIOLATION DUE PROCESS CLAUS AND UNDER AN 11 AMENDMENT HE CAN EASILY OVER LOOK MY PRESENTENCE INVESTIGATION AND I REMAIN IN CUSTODY WHICH IS UNLAWFUL IMPRISONMENT A VIOLATION OF D.O.C. POLICY AND A STATE LAW VIOLATION. IM STILL IN CUSTODY AT DAVIESS COUNTY DETENTION CENTER MAY 21 2023 ASK FOR INVESTIGATION IN TO MY CURRENT CUSTODY STATUES THAT HAS ALREADY BEEN DETERMINED BY CIRCUIT COURT JUDGE LISA JONES WHOM EXCEPTED MY PLEA DEAL AND DISMISSED (2) ASSAULT CHARGES. ON MAY 2 2023 STATED NO MATTER WHAT AUG 1 2023 I'D BE RELEASED. IM STILL OVER IN CUSTODY JAIL CREDIT

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

X  award money damages in the amount of $ __5,000 plus__

X  grant injunctive relief by __RELEASING ME FROM CUSTODY__

___  award punitive damages in the amount of $ _____

X  other: __UNLAWFUL IMPRISIONMENT__

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __21__ day of __MAY__, 20__23__

_Brenda Johnson_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

FREIDA JOHNSON
3337 HWY 144
OWENSBORO KY 42303

EVANSVILLE IN 476
23 MAY 2023 PM 1 L

DAVIESS CO
UNCENSORED
JAIL MAIL

CLERK
601 W. Broadway RM 106
GENE SNYDER UNITED STATES
COURT HOUSE
LOUISVILLE KY 40202

FILED
JAMES J. VILT, JR. - CLERK
MAY 25 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

40202-227731